HENKLEONARD, INC.
Sheri L. Leonard (SBN 173544)
2260 Douglas Blvd, Suite 150
Roseville, California 95661
Telephone: (916) 787-4544
Fax: (916) 787-4530
henkleonard@aol.com
Attorneys for Plaintiff
LORRAINE LIBERTY

SEYFARTH SHAW LLP
Kiran S. Lopez (SBN 252467)
klopez@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Attorneys for Defendant
RANDSTAD PROFESSIONALS US, LLC.

JACKSON LEWIS P.C.
Erika Barbara Pickles (SBN 215702)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email:  erika.pickles@jacksonlewis.com
Attorneys for Defendant
SUN LIFE FINANCIAL (U.S.) SERVICES COMPANY, INC.

## THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE LIBERTY,<br><br>        Plaintiff,<br><br>        vs.<br><br>SUN LIFE FINANCIAL (U.S.) SERVICES COMPANY, INC.; RANDSTAD PROFESSIONALS US, LLC.; and DOES 1 through 5, inclusive,<br><br>        Defendants. | CASE NO.:  2:19:-cv-01747-MCE-EFB<br><br><br>STIPULATION AND ORDER FOR DISMISSAL |

Stipulation and Order for Dismissal Pursuant to FRCP Rule 41(a)(1)

1

1  **IT IS HEREBY STIPULATED** by and between the Parties to this action through their

2  designated counsel that the above-referenced action be and hereby is voluntarily dismissed, with

3  prejudice, pursuant to FRCP Rule 41(a)(1).  Each party shall bear their own costs and attorney's

4  fees.

5  IT IS SO STIPULATED:

6

7  DATED:  October 29, 2019                     HENK LEONARD, INC.

8                                                              BY:  /s/ Sheri L. Leonard
9                                                              SHERI L. LEONARD
                                                               ROBERT P. HENK
10                                                             Attorneys for Plaintiff
                                                               LORRAINE LIBERTY
11

12
     DATED:  October 29, 2019                    SEYFARTH SHAW LLP.
13
                                                               BY:  /s/ Kiran S. Lopez
14                                                             KIRAN S. LOPEZ
                                                               LINDSAY FITCH
15                                                             Attorneys for Defendant
                                                               RANDSTAD PROFESSIONALS US, LLC.
16

17

18

19  DATED:  October 29, 2019                    JACKSON LEWIS P.C.

20                                                             BY:  /s/ Erika Barbara Pickles
                                                               ERIKA BARBARA PICKLES
21                                                             CASEY M. CURRAN
                                                               Attorneys for Defendant
22                                                             SUN LIFE FINANCIAL (U.S.) SERVICES
                                                               COMPANY, INC.
23

24

25
                                                    **ORDER**
26

27       In accordance with the foregoing stipulation, and good cause appearing, the above

28  referenced matter is hereby dismissed, with prejudice, each party to bear their own costs and

29

---

Stipulation and Order for Dismissal Pursuant to FRCP Rule 41(a)(1)

attorney's fees.  The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  November 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE